**Rocio Brenda HENRIQUEZ–RIVAS, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–71571.

United States Court of Appeals, Ninth Circuit.

Jan. 31, 2012.

Saad Ahmad, Fremont, CA, for Petitioner.

Walter Manning Evans, Esquire, Jeffrey Lawrence Menkin, OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3.